IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

06 - CV - 0 1 4 6 0 ᴮᴺᴮ

Civil Action No. _____

JUL 2 7 2006

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

GREGORY C. LANGHAM
CLERK

RYAN PHILLIPS,

    Applicant,

v.

HECTOR RIOS, (Warden),

    Respondent.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Memorandum of Law In Support of §2241. He has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   <u>X</u>   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month

period immediately preceding this filing

(4) ___ is missing required financial information

(5) ___ is missing an original signature by the prisoner

(6) ___ is not on proper form (must use the court's current form)

(7) ___ names in caption do not match names in caption of complaint, petition or habeas application

(8) ___ An original and a copy have not been received by the court. Only an original has been received.

(9) _X_ other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application**:

(10) ___ is not submitted

(11) ___ is not on proper form (must use the court's current form)

(12) ___ is missing an original signature by the prisoner

(13) ___ is missing page nos. ___

(14) ___ uses et al. instead of listing all parties in caption

(15) ___ An original and a copy have not been received by the court. Only an original has been received.

(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.

(17) ___ names in caption do not match names in text

(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following form: a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26th day of _____, 2006.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    06 - CV - 01460 - βrb

Ryan Phillips
Reg. No. 38929-179
FCI – Florence
PO Box 6000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action** to the above-named individuals on _7-27-06_

GREGORY C. LANGHAM, CLERK

By:_____
                        Deputy Clerk